In the Matter of NATHAN B. CHADSEY, an Attorney,
Appellant.

THE ASSOCIATION OF THE BAR OF THE CITY OF NEW YORK,
Respondent.

*Matter of Chadsey*, 141 App. Div. 458, affirmed.
(Submitted February 21, 1911; decided March 14, 1911.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the first judicial department, entered
January 18, 1911, which suspended the appellant herein from
practicing as an attorney for the term of six months and until
reinstatement.

*Charles A. Boston* and *Nathan B. Chadsey* for appellant.

*Einar Chrystie* for respondent.

Order affirmed; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER,
WILLARD BARTLETT and CHASE, JJ.

---

JOHN BUCKLEY, Respondent, *v.* ALFRED BEINHAUER,
Appellant.

*Buckley* v. *Beinhauer*, 136 App. Div. 540, affirmed.
(Argued February 21, 1911; decided March 14, 1911.)

APPEAL, by permission, from a judgment of the Appellate
Division of the Supreme Court in the first judicial depart-
ment, entered February 5, 1910, affirming a judgment in
favor of plaintiff entered upon a verdict in an action to recover
for personal injuries alleged to have been sustained through
the negligence of defendant, his employer.

*Frank V. Johnson* and *E. Clyde Sherwood* for appellant.

*William A. McQuaid* and *G. V. Smith* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, VANN, WERNER, WILLARD
BARTLETT and CHASE, JJ. Absent: HAIGHT, J.